CELIA REIFKE, Respondent, v. GEORGE CANELL, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, as Liquidator of the UNITED STATES MUTUAL AUTOMOBILE CASUALTY COMPANY, Respondent, v. H. F. ELECTRIC CO., INC., Appellant.— Motion granted, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

FRANCIS R. SCHMIDT, an Infant, by FREDERICK O. SCHMIDT, His Guardian ad Litem, Appellant, v. THE BOARD OF TRUSTEES OF SCHOOL DISTRICT No. 1, TOWN OF CANAAN, COLUMBIA COUNTY, NEW YORK, and HELEN JENKINS WALTERMIRE, Respondents.— Order unanimously affirmed, without costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

WILLIAM SHERMAN and Another, Appellants, v. SHOLIEM JOLLOWSKY and Others, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

ART VAN ARENDONK, Appellant, v. DENNIE B. RIGGS, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

GRACE E. WEEKES, Respondent, v. HANS EHMLER and Others, Appellants.— Motion granted, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

HANNAH R. T. WARREN, Claimant, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

---

## FOURTH DEPARTMENT, MARCH, 1927.

IRON CITY FUEL COMPANY, Appellant, v. CORNELIUS J. MOYNIHAN and Another, as Copartners, etc., Respondents.— Judgment affirmed, with costs, on the ground that all that was litigated on the trial of this action was upon the contract arising from the order of January 10, 1923, and the evidence in respect to such transactions warranted the judgment which was granted. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ALEDA V. NOBLE, Respondent, v. CHARLES A. NOBLE, 2ND., Appellant.— Interlocutory judgment affirmed, with costs. (See *Symington* v. *Symington*, 215 App. Div. 553.) All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

L. N. JACKSON COMPANY, INC., Respondent, v. ERIE COUNTY TRUST COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LYNDON H. WELLS, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 17732.) — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.